McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


FILED
AUG 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 420-4511 | 2:18-SW-0137 DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 420-4511 | 2:18-SW-0413 CKD |
| 8755 DEER CREEK CIRCLE, STOCKTON, CALIFORNIA, 95210 | 2:18-SW-0421 AC |
| 973 Green Ridge Drive, Stockton, California, 95209 | 2:18-SW-0422 AC |
| 4030 East Morada Lane, #2206, Stockton, California, 95212 | 2:18-SW-0423 AC |
| Orange Chevrolet Monte Carlo previously driven by Christian Orozco | 2:18-SW-0424 AC |

**REQUEST TO UNSEAL**

The search warrants in the above-captioned matters were executed on 5/9/2018. Follow up investigation related to these properties resulted in a grand jury indictment on 5/31/2018. As a result, there is no need for the search warrants or search warrant affidavits to remain under seal. Accordingly,

///

the United States asks that the Court order that the search warrants, search warrant affidavits, and related case filings be unsealed.

Dated: August 14, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Amanda Beck
AMANDA BECK
Assistant United States Attorney